**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**MONICA ACEVEDO,**
          **Plaintiff,**

v.                                                            Case No. 13-C-1263

**CITY OF MILWAUKEE, et al.,**
          **Defendants.**

---

## ORDER

On April 1, 2014, the plaintiff's attorney filed a motion to withdraw on the ground that she has been unable to contact the plaintiff and to obtain information needed to prosecute the plaintiff's claim. A short time later, the defendants filed a motion to dismiss this case for lack of prosecution. The plaintiff has not responded to either of these motions. Because it appears that the plaintiff is no longer diligently prosecuting this action, I will grant the motions and dismiss this action without prejudice pursuant to Civil Local Rule 41(c).

Accordingly, **IT IS ORDERED** that plaintiff's counsel's motion to withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants' motion to dismiss for lack of prosecution is **GRANTED** and that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** at Milwaukee, Wisconsin, this 6th day of May, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge